# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY ASHLEY            PLAINTIFF

v.            NO. 3:13CV00103 JLH

PAM, INC.            DEFENDANT

## ORDER

The Court has been informed that the parties are finalizing settlement in this matter and that a trial will not be required at this time. Therefore, the February 24, 2014, bench trial in Jonesboro is removed from the Court's docket. The parties are directed to submit the appropriate motion upon finalization of the settlement, at which time a formal order of dismissal will be entered.

IT IS SO ORDERED this 5th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE