**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMY ASHLEY                                                                                            PLAINTIFF

v.                                              No. 3:13CV00103 JLH

PAM, INC.                                                                                                  DEFENDANT

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice in which they request the Court to retain jurisdiction for purposes of enforcing the settlement agreement. This action is hereby dismissed with prejudice. The Court retains jurisdiction for a period of six months to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 21st day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE